United States District Court
Southern District of Texas
**ENTERED**
September 26, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| MARIA GARCIA, AS DEPENDENT ADMINISTRATOR OF AND ON BEHALF OF THE ESTATE OF CHRISTOPHER TORRES-GARCIA, AND CHRISTOPHER TORRES-GARCIA'S HEIR(S)-AT-LAW AND WRONGFUL DEATH BENEFICIARIES, | § § § § § § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 5:23-CV-137 |
| WEBB COUNTY, TEXAS, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Memorandum & Order entered this same date, (Dkt. No. 38), Defendant's Motion for Summary Judgment, (Dkt. No. 18), has been **GRANTED** in its entirety.

Because the above-mentioned Memorandum & Order, (Dkt. No. 38), disposes of all claims asserted by Plaintiff against all Defendants, this case is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on September 26, 2025.

John A. Kazen
United States District Judge